IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED 1:06cr247-VPM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2006 OCT 31  P 4:35 |
| | ) | [18 U.S.C. 641] |
| v. | ) | DEBRA P. HACKETT, CLK |
| | ) | U.S. DISTRICT COURT |
| CAROL LYNN STEINEKE | ) | MIDDLE DISTRICT ALA |
| | | INFORMATION |

The United States Attorney charges that:

On or about the 16th of August 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, CAROL LYNN STEINEKE, did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: lipstick, pool cleaner, staples, and other items in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

STATE OF ALABAMA           )        AFFIDAVIT
                           )
DALE COUNTY                )

    The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 12:00 P.M., August 16th, 2006, Jason Smith, a PX employee, observed a woman concealing two tubes of lipstick in her purse. The woman then attempted to exit the PX without paying for the items. Upon contact, the woman, identified as CAROL LYNN STEINEKE, was detained in the store, whereupon she voluntarily returned nine items that she had concealed. She was transported to the military police station for further processing. The items were later returned to the PX.


_____
ROBERT LINGENFELTER, Military Police Officer, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 20 day of October 2006.


_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006