**COURTROOM DEPUTY MINUTES**    DATE: _JANUARY 9, 2007_    Time: _10:19 - 10:22_
**MIDDLE DISTRICT OF ALABAMA**
                                     TAPE NO: _3052_ @ _920_ to _1172_

- √   INITIAL APPEARANCE
- ❑   BOND HEARING
- ❑   DETENTION HEARING
- ❑   REMOVAL HEARING (R.40)
- √   ARRAIGNMENT
- ❑   PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: _CHARLES S. COODY_     DEPUTY CLERK: _WANDA STINSON_

CASE NO. _1:06CR247-CSC_     NAME: _CAROL LYNN STEINEKE_

AUSA: _NATHAN T. GOLDEN_     DEFT. ATTY: _KEVIN BUTLER_
                                 Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO

USPO: _____

Defendant _____ does _√_ does NOT need an interpreter. Interpreter NAME: _____

---

- ❑ Kars.    Date of Arrest _____ or ❑ karsr40
- √ Kia.    Deft. First Appearance. Advised of rights/charges. ❑ Pro/Sup Rel Violator
- √ Kcnsl.    Deft. First Appearance with Counsel
- ❑    Deft. First Appearance without Counsel
- ❑    Requests appointed Counsel    ❑ ORAL MOTION
- ❑ Finaff.    Financial Affidavit executed ❑ to be obtained by PTSO
- ❑ Koappted    **ORDER** appointing Community Defender Organization
- ❑ K20appt.    Panel Attorney Appointed; ❑ to be appointed - prepare voucher
-    Deft. Advises he will retain counsel. Has retained _____
- √ karr.    **ARRAIGNMENT** √ **HELD.** Plea of **NOT GUILTY** entered.
  - √ **Jury Trial** Set for _3/12/07_    ❑ **PRETRIAL CONF. DATE:** _____
  - ❑ **DISCOVERY DISCLOSURES DATE:** _____
  - ❑ Request Non-Jury Trial.
  - ❑ **GUILTY PLEA** entered.
- √ **CONSENT** to Proceed before U.S. Magistrate Judge
- ❑ krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel.