IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. NO. 1:06CR247-CSC |
| | ) |
| CAROL LYNN STEINEKE | ) |

### MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to CAROL LYNN STENEKE on the following grounds, to wit: Ms. Steineke signed a pre-trial diversion agreement on April 9, 2007.

Respectfully submitted this the 12th day of April, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
One Court Street
Montgomery, Alabama
Phone: (334) 223-7280
FAX: (334) 223-7135
Kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 1:06CR247-CSC |
| | ) | |
| CAROL LYNN STEINEKE | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE