IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CR. NO. 1:06cr247-CSC |
| | ) | |
| CAROL LYNN STEINEKE | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Information (doc. # 15) in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore,

ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby GRANTED and this case be and is hereby DISMISSED.

Done this 13th day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE